UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Beatriz Mercado, individually and on
behalf of all those similarly situated,

                      Plaintiff,                  JUDGMENT
                                                              18-cv-05021(PKC)(RER)

   -against-

Global Credit & Collection Corp.,

                      Defendant.
------------------------------------------------------------ X

     An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on March 1, 2019, dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute; it is

     ORDERED and ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(b), this action is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, NY                                                 Douglas C. Palmer
       March 4, 2019                                        Clerk of Court

                                                          By:   */s/Jalitza Poveda*
                                                                      Deputy Clerk